```
Paul E. Rice/Bar No. 062509
RICE & BRONITSKY
350 Cambridge Avenue, Suite 225
Palo Alto, CA  94306
Telephone:    650/289-9088
Facsimile:    650/289-9093
price@civlit.com

Attorneys for Plaintiff
B&O Manufacturing, Inc.
```

ORIGINAL FILED

07 JUN -1 PM 2:12

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

E-FILING

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA DIVISION

SAN FRANCISCO/OAKLAND DIVISION

B&O MANUFACTURING, INC.,

    Plaintiff,

v.

THE HOME DEPOT, INC.,

    Defendant.

Case No.: C07 02864 JL

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Michael J. Calleja – 100 percent shareholder of Plaintiff.

Dated: June: \_\_, 2007

RICE & BRONITSKY

By: _____
Paul E. Rice
Attorneys for Plaintiff
B&O Manufacturing, Inc.

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS