UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

B&O Manufacturing, Inc.

          Plaintiff(s),

v.

The Home Depot, Inc.

          Defendant(s).
_____ /

No. C 07-02864

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 6/12/07

Signature: [signature]

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")