SEDGWICK, DETERT, MORAN & ARNOLD LLP
STEVEN ROLAND (Bar No. 108097)
AMBER RYE BRUMFIEL (Bar No. 215181)
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

BONDURANT, MIXSON & ELMORE, LLP
RONAN P. DOHERTY (*Pro Hac Vice application pending*)
CHRISTOPHER T. GIOVINAZZO (*Pro Hac Vice application pending*)
1201 West Peachtree Street NW, Suite 3900
Atlanta, Georgia 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| B&O MANUFACTURING, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE HOME DEPOT, INC., <br><br> Defendant. | CASE NO. C07 02864 JSW <br><br> **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT FOR BREACH OF CONTRACT, RESCISSION, AND RESTITUTION** |

      WHEREAS, plaintiff B&O Manufacturing, Inc. filed the complaint in this action on June 1, 2007.

      WHEREAS, plaintiff served the summons on defendant Home Depot U.S.A., Inc., sued herein as "The Home Depot, Inc," on June 13, 2007.

      NOW THEREFORE, pursuant to Northern District Civil Local Rule 6.1(a), the parties, by and through their respective counsel, hereby stipulate and agree to a fifteen-day extension of time for defendant to answer, move or otherwise respond to plaintiff's complaint.

1  Defendant's responsive pleading will be filed on or before July 18, 2007.

2  **IT IS SO AGREED AND STIPULATED.**

3  DATED: 6/26/07                SEDGWICK, DETERT, MORAN & ARNOLD LLP

5                                By: _____
                                  Steven Roland
6                                 Attorneys for Defendant
                                  HOME DEPOT U.S.A., INC.

8  DATED:                        RICE & BRONITSKY
9  6/28/07

10                               By: _____
                                  Paul E. Rice
11                                Attorneys for Plaintiff
                                  B&O MANUFACTURING, INC.

-2-

*B&O Manufacturing, Inc. v. The Home Depot, Inc.*
USDC, Northern District of California, San Francisco Division
Case No. C07 02864 JSW

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On June 28, 2007, I served the within document(s):

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT FOR BREACH OF CONTRACT, RESCISSION, AND RESTITUTION**

☒ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

| | |
|---|---|
| Paul E. Rice, Esq.<br>Rice & Bronitsky<br>350 Cambridge Avenue, Suite 225<br>Palo Alto, CA 94306<br>Telephone: (650) 289-9088<br>Facsimile: (650) 289-9093 | Attorneys For Plaintiff B&O Manufacturing, Inc. |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 28, 2007, at San Francisco, California.

*/s/ Ramonette G. Mendoza*
Ramonette G. Mendoza

SF/1414259v1