UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| B&O MANUFACTURING, INC., | CASE NO. C07 02864 JSW |
| Plaintiff, | (~~Proposed~~) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| THE HOME DEPOT, INC., | |
| Defendant. | |

Ronan P. Doherty, an active member in good standing of the bar of the State of Georgia and is admitted in the United States District Court, Northern District of Georgia, whose business address and telephone number is:

Bondurant, Mixson & Elmore, LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Telephone: (404) 881-4100

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Home Depot U.S.A., Inc., erroneously sued herein as "The Home Depot, Inc," in the above-entitled action.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will

148572

1 | constitute notice to the party. All future filings in this action are subject to the requirements
2 | contained in General Order No. 45, *Electronic Case Filing*.
3 |
4 | Dated: 7-12-07                              [signature]
5 |                                              The Honorable Jeffrey S. White

148572