1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   STEVEN D. ROLAND (Bar No. 108097)
2  AMBER RYE BRUMFIEL (Bar No. 215181)
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5
   BONDURANT, MIXSON & ELMORE, LLP
6  RONAN P. DOHERTY (*Pro Hac Vice*)
   CHRISTOPHER T. GIOVINAZZO (*Pro Hac Vice*)
7  3900 One Atlantic Center
   1201 West Peachtree Street NW, Suite 3900
8  Atlanta, Georgia 30309
   Telephone: (404) 881-4100
9  Facsimile: (404) 881-4111

10
   Attorneys for Defendant
11 HOME DEPOT U.S.A., INC.

12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16  B&O MANUFACTURING, INC.,              CASE NO. C07 02864 JSW

17         Plaintiff,                     **(Proposed)**
                                          **ORDER ON DEFENDANT HOME DEPOT**
18     v.                                 **U.S.A., INC.'S MOTION TO DISMISS**
                                          **COUNTS TWO AND THREE FOR**
19  HOME DEPOT U.S.A., INC.,              **FAILURE TO STATE A CLAIM UPON**
                                          **WHICH RELIEF MIGHT BE GRANTED**
20         Defendant.

21

22

23     Defendant Home Depot U.S.A., Inc. having timely moved to dismiss Counts Two and

24  Three of Plaintiff B&O Manufacturing, Inc.'s First Amended Complaint, and this Court finding that

25  such dismissal is warranted as a matter of law,

26     IT IS HEREBY ORDERED THAT Defendant Home Depot U.S.A., Inc.'s Motion to

27
                                          1
28  ORDER ON DEFENDANT HOME DEPOT U.S.A., INC.'S MOTION TO DISMISS COUNTS TWO AND
       THREE FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MIGHT BE GRANTED

1  Dismiss Counts Two and Three is GRANTED, and Counts Two and Three of the First Amended
2  Complaint are DISMISSED WITH PREJUDICE. Pursuant to Federal Rule of Civil
3  Procedure 12(a)(4), Defendant shall answer the remaining allegations in the First Amended
4  Complaint within ten days of the date of this Order.

6  Dated: _____            _____
7                                                The Honorable Jeffrey S. White

ORDER ON DEFENDANT HOME DEPOT U.S.A., INC.'S MOTION TO DISMISS COUNTS TWO AND
THREE FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MIGHT BE GRANTED