1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

B&O MANUFACTURING, INC.

        Plaintiff(s),               No. C 07-02864 JSW

   v.                        **CLERK'S NOTICE**

THE HOME DEPOT, INC.

        Defendant(s).

_____/

     YOU ARE HEREBY NOTIFIED that on September 7, 2007,  at 9:00 a.m., immediately following he hearing on the Motion to Dismiss, in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conference **previously noticed for** September 7, 2007, at 1:30 p.m. , in this matter.

                                       Richard W. Wieking
                                         Clerk, United States District Court

                                    By:_____
                                    Jennifer Ottolini, Deputy Clerk
                                    Honorable Jeffrey S. White
                                    (415) 522-4173

Dated:  July 24, 2007