1  Paul E. Rice/Bar No. 062509
   **RICE & BRONITSKY**
2  350 Cambridge Avenue, Suite 225
   Palo Alto, CA 94306
3  Telephone:   650/289-9088
   Facsimile:   650/289-9093
4  price@civlit.com

5  Attorneys for Plaintiff
   B&O Manufacturing, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| B&O MANUFACTURING, INC., | Case No.: C 07-02864 JSW |
| Plaintiff, | **DECLARATION OF SERVICE** |
| v. | |
| HOME DEPOT U.S.A., INC., | |
| Defendant. | |

DECLARATION OF SERVICE

1

1  Amber Marie Rye Brumfiel, Esq.
   Steven Roland, Esq.
2  Sedgwick Detert Moran & Arnold LLP
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, CA 94105
4  Fax: (415) 781-2635

5  Ronan P. Doherty, Esq.
   Christopher T. Giovinazzo, Esq.
6  Bondurant, Mixson & Elmore, LLP
   1201 West Peachtree Street NW, Suite 3900
7  Atlanta, GA 30309
8  Fax: (404) 881-4111

9

## DECLARATION OF SERVICE BY FACSIMILE AND MAIL

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of 18 years and not a party to the within action. My business address is Rice & Bronitsky, 350 Cambridge Avenue, Suite 225, Palo Alto, California, 94306. On this date, I served the following documents listed below by facsimile from (650) 289-9093 to the number stated above.

I also served these documents by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the mail depository of our business, addressed in the manner set forth immediately above this declaration. I am readily familiar with our office procedure for collecting and processing documents for mailing, which would include depositing the following document(s) with the United States Postal Service in Palo Alto, California, this day in the ordinary course of business.

### JUDGE WHITE'S CIVIL STANDING ORDERS

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration is executed on July 23, 2007, in Palo Alto, California.

_____
Samantha Moody

*RICE & BRONITSKY*
*350 Cambridge Avenue, Suite 225*
*Palo Alto, CA 94306*
*650/289-9088*

DECLARATION OF SERVICE