Paul E. Rice/Bar No. 062509
**RICE & BRONITSKY**
350 Cambridge Avenue, Suite 225
Palo Alto, CA 94306
Telephone:  650/289-9088
Facsimile:  650/289-9093
price@civlit.com

Attorneys for Plaintiff
B&O Manufacturing, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| B&O MANUFACTURING, INC., <br><br> Plaintiff, <br> v. <br> HOME DEPOT U.S.A., INC., <br><br> Defendant. | Case No.: C 07-02864 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND SCHEDULING ORDER** |

1.   The parties stipulate that Plaintiff may file a Second Amended Complaint, pursuant to the provisions of F.R.C.P. Rule 15(a), not later than August 3, 2007.

Dated: 7/31, 2007

RICE & BRONITSKY

By: _____
Paul E. Rice
Attorneys for Plaintiff
B&O MANUFACTURING, INC.

---

1

STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND SCHEDULING ORDER

Dated: 7/31, 2007

BONDURANT, MIXSON & ELMORE, LLP

By: _____
Christopher T. Giovinazzo
Attorneys for Defendant
HOME DEPOT U.S.A., Inc.

The Parties request that the Case Management Conference, currently set for September 7, 2007, be continued to the same date as the hearing on any motion addressing the Second Amended Complaint, and that any meet and confer and filing deadlines be adjusted accordingly.

The Parties further request the following briefing and hearing schedule:

1. Defendant shall file its Motion or responsive pleading not later than August 17, 2007.
2. Plaintiff shall file any opposition to Defendant's Motion not later than August 31, 2007.
3. Defendant shall file any reply papers not later than September 7, 2007.
4. The hearing on Defendant's Motion, if any, shall be held on September 21, 2007 at 9:00 a.m.

//
//

IT IS SO ORDERED.

Dated: _____, 2007

_____
United States District Judge

RICE & BRONITSKY
350 Cambridge Avenue, Suite 225
Palo Alto, CA 94306
650/289-9088

2
STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND SCHEDULING ORDER