1  **Paul E. Rice/Bar No. 062509**
   **RICE & BRONITSKY**
2  350 Cambridge Avenue, Suite 225
   Palo Alto, CA  94306
3  Telephone:    650/289-9088
   Facsimile:     650/289-9093
4  price@civlit.com

5  Attorneys for Plaintiff
   B&O Manufacturing, Inc.
6

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO/OAKLAND DIVISION**

11

12 **B&O MANUFACTURING, INC.**,        Case No.:  C 07-02864 JSW

13          Plaintiff,                  **DECLARATION OF SERVICE**
          v.
14
   **HOME DEPOT U.S.A., INC.**,
15
          Defendant.
16

# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

**ADR**

B & O Manufacturing, Inc.

v.

The Home Depot, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

E-FILING

C07 02864 JL

TO: (Name and address of defendant)

The Home Depot, Inc.
2455 PACES FERRY ROAD
ATLANTA GA 30339-4024

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Paul E. Rice,
RICE & BRONITSKY
350 Cambridge Avenue, Suite 200
Palo Alto CA 94306

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 6-1-07

_(signature)_
(BY) DEPUTY CLERK

Sandy Morris

AO 440 (Rev.1/90) Summons in a Civil Action

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | Date 6/13/2007 |
|---|---|
| Name of Server (Print) ALONZO EVANS | Title PRIVATE PROCESS SERVER |

Check on box below to indicate appropriate method of service

☐ Name: _____
Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's: _____ dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other specify: Served The Home Depot, Inc., @ 2455 Paces Ferry Road, Atlanta, GA 30339 by serving Ms. Quinessa Malcolm @ 1:30 PM

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on: 6/13/2007

Signature of Server
Professional Process Service of Georgia, Inc.
5295 Highway 78, Suite D365
Stone Mountain, GA 30087

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure