SEDGWICK, DETERT, MORAN & ARNOLD LLP
STEVEN ROLAND (Bar No. 108097)
AMBER RYE BRUMFIEL (Bar No. 215181)
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

BONDURANT, MIXSON & ELMORE, LLP
RONAN P. DOHERTY (*Pro Hac Vice*)
CHRISTOPHER T. GIOVINAZZO (*Pro Hac Vice*)
3900 One Atlantic Center
1201 West Peachtree Street NW, Suite 3900
Atlanta, Georgia 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| B&O MANUFACTURING, INC., <br><br> Plaintiff, <br><br> v. <br><br> HOME DEPOT U.S.A., INC., <br><br> Defendant. | CASE NO. C07 02864 JSW <br><br> **NOTICE OF SUBSTITUTION OF ORIGINAL DECLARATION BY DAVID CURLEY** |

Home Depot U.S.A, Inc. ("Home Depot"), having submitted the original Declaration of David Curley on August 17, 2007 as Exhibit B to Home Depot's Notice of Motion and Motion to (1) Transfer Venue to the Northern District of Georgia and (2) Dismiss Counts Two through Five of Plaintiff's Second Amended Complaint, hereby gives notice of substitution of the original

1
NOTICE OF SUBSTITUTION OF ORIGINAL DECLARATION BY DAVID CURLEY
CASE NO. C07 02864 JSW

Declaration with the signed Declaration of David Curley, attached hereto.

Respectfully submitted this 22nd day of August 2007.

BONDURANT, MIXSON & ELMORE LLP

By: _____
Christopher T. Giovinazzo
Ronan P. Doherty
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

BONDURANT, MIXSON
& ELMORE, LLP
3900 ONE ATLANTIC CENTER
1201 W. PEACHTREE ST., NW
ATLANTA, GA 30309

150548

2

NOTICE OF SUBSTITUTION OF ORIGINAL DECLARATION BY DAVID CURLEY

# PROOF OF SERVICE

I am a resident of the State of Georgia, over the age of eighteen years, and not a party to the within action. My business address is Bondurant, Mixson & Elmore, LLP, 3900 One Atlantic Center, 1201 West Peachtree Street, N.W., Atlanta, Georgia 30309. On August 22, 2007, I served the within document(s):

**DEFENDANT'S NOTICE OF SUBSTITUTION OF ORIGINAL DECLARATION BY DAVID CURLEY**

☒ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number set forth below.

☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Atlanta, Georgia addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

| | |
|---|---|
| Paul E. Rice, Esq.<br>Rice & Bronitsky<br>350 Cambridge Avenue, Suite 225<br>Palo Alto, CA 94306<br>Telephone: (650) 289-9088<br>Facsimile: (650) 289-9093 | Attorneys For Plaintiff B&O Manufacturing, Inc. |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am admitted to the State Bar of Georgia and pro hac vice in this court at whose direction the service was made.

Executed on August 22, 2007, at Atlanta, Georgia..

_____
Christopher T. Giovinazzo

150548

**NOTICE OF SUBSTITUTION OF ORIGINAL DECLARATION BY DAVID CURLEY**

SEDGWICK, DETERT, MORAN & ARNOLD LLP
STEVEN ROLAND (Bar No. 108097)
AMBER RYE BRUMFIEL (Bar No. 215181)
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

BONDURANT, MIXSON & ELMORE, LLP
RONAN P. DOHERTY (*Pro Hac Vice*)
CHRISTOPHER T. GIOVINAZZO (*Pro Hac Vice*)
3900 One Atlantic Center
1201 West Peachtree Street NW, Suite 3900
Atlanta, Georgia 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| B&O MANUFACTURING, INC., <br><br> Plaintiff, <br><br> v. <br><br> HOME DEPOT U.S.A., INC., <br><br> Defendant. | CASE NO. C07 02864 JSW <br><br> **DECLARATION OF DAVID CURLEY** |

Pursuant to 28 U.S.C. § 1746, I, David Curley, hereby declare as follows:

1.

This Declaration is based on my own personal knowledge. I am over the age of 18 years and am competent to testify regarding those things about which I have personal knowledge.

150287

1

**DECLARATION OF DAVID CURLEY**

2.

From September 6, 2005 to May 15, 2007, I was a Senior Manager for Capital Procurement for Home Depot U.S.A., Inc. ("Home Depot"). In that role, I negotiated purchase agreements between Home Depot and vendors who supplied products to Home Depot. I am currently a Product Development Merchant for Home Depot.

3.

Home Depot's corporate headquarters and principal place of business are located in Atlanta, Georgia. I am based at Home Depot's headquarters in Atlanta and am a resident of Dallas, Georgia.

4.

Home Depot has been purchasing safety netting from B&O Manufacturing, Inc. ("B&O") for well over ten years. During the course of the business relationship between Home Depot and B&O, representatives from B&O have visited Home Depot's Atlanta, Georgia headquarters on numerous occasions.

5.

In April 2005, Home Depot and B&O entered into a Memorandum of Understanding ("MOU") under which Home Depot agreed to purchase a percentage of its new store safety netting from B&O through March 31, 2006. Shortly after executing the MOU, Home Depot pre-paid B&O over $5 million for the split curtain safety netting systems that Home Depot committed to purchase under the MOU. Of the over $5 million, however, B&O was unable to deliver roughly $2 million of products for which Home Depot prepaid.

150287

2

**DECLARATION OF DAVID CURLEY**

negotiating the terms of the Refund Agreement with Mr. Calleja. Mr. Calleja drafted the Refund Agreement on B&O's letterhead and signed it at Home Depot's Atlanta, Georgia headquarters on January 31, 2006. Thomas Single, then Vice President of Procurement for Home Depot, signed the Refund Agreement on Home Depot's behalf on February 1, 2006.

7.

Home Depot's Legal Department reviewed and approved the Refund Agreement. All of Home Depot's Legal Department employees who can testify regarding the approval of the Refund Agreement are residents of Georgia and are based at Home Depot's Atlanta, Georgia headquarters.

8.

I understand that in its lawsuit, B&O claims that Home Depot has failed to satisfy the volume purchasing requirements under the MOU and the June 2006 Expense Buying Agreement. Home Depot's purchasing records will be highly relevant to B&O's claims because only these records can demonstrate the percentage of new store safety netting Home Depot has purchased from B&O. B&O's records will not be able to demonstrate whether Home Depot has met the volume purchasing requirements because Home Depot's compliance with those requirements depends in part on the quantity of safety netting Home Depot has purchased from vendors other than B&O. All of Home Depot's purchasing records are located in Home Depot's headquarters in

150287

3

DECLARATION OF DAVID CURLEY

BONDURANT, MIXSON

1 | Atlanta, Georgia. Similarly, Home Depot's accounting, procurement, and/or other corporate
2 | personnel who can testify to Home Depot's purchasing records and history are located in Atlanta.
3 | Under penalty of perjury, I declare that the foregoing is correct and true.

This 21st day of August, 2007.

David Curley

150287

4

DECLARATION OF DAVID CURLEY

BONDURANT, MIXSON