**Paul E. Rice/Bar No. 062509**
**RICE & BRONITSKY**
350 Cambridge Avenue, Suite 225
Palo Alto, CA 94306§
Telephone:    650/289-9088
Facsimile:    650/289-9093
price@civlit.com

Attorneys for Plaintiff
B&O Manufacturing, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| **B&O MANUFACTURING, INC.**, <br><br> Plaintiff, <br> v. <br><br> **HOME DEPOT U.S.A., INC.**, <br><br> Defendant. | Case No.:  C 07-02864 JSW <br><br> **DECLARATION OF PAUL E. RICE IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF GEORGIA AND TO DISMISS COUNTS TWO THROUGH FIVE OF PLAINTIFF'S SECOND AMENDED COMPLAINT** <br><br> Date:   November 2, 2007 <br> Time:   9:00 a.m. <br> Ctrm:   2, 17th Floor <br> Judge:  Hon. Jeffrey S. White |

I, Paul E. Rice, declare and state:

1.    I am an attorney at law, duly licensed to practice before all courts of the State of California, and am a principal of Rice & Bronitsky, attorneys for Plaintiff B&O Manufacturing, Inc. I have personal knowledge of all facts set forth in this Declaration, and I am competent to so testify if called upon as a witness.

2.    I have invited Home Depot, through its counsel, to schedule a mediation of the fourth and fifth claims for relief, to be conducted prior to the hearing date on its Motion, regarding whether Home Depot even had a right to terminate Exhibit 3 without cause. Home Depot has declined.

1

Declaration of Paul E. Rice in Support of Opposition to Defendant's Motion to Transfer Venue to the Northern District of Georgia and to Dismiss Counts Two Through Five of Plaintiff's Second Amended Complaint
Case No.:  C 07-02864 JSW

1

2   I declare under penalty of perjury under the laws of the United States of America that the
3   foregoing is true and correct.

4

5   Executed on September 24, 2007.             /s/ Paul E. Rice
                                                Paul E. Rice

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**RICE & BRONITSKY**
350 Cambridge Avenue, Suite 225
Palo Alto, CA 94306
650/289-9088

2

Declaration of Paul E. Rice in Support of Opposition to Defendant's Motion to Transfer Venue to the Northern District of Georgia and to Dismiss Counts Two Through Five of Plaintiff's Second Amended Complaint
Case No.:  C 07-02864 JSW