**Paul E. Rice/Bar No. 062509**
**RICE & BRONITSKY**
350 Cambridge Avenue, Suite 225
Palo Alto, CA 94306
Telephone: 650/289-9088
Facsimile: 650/289-9093
price@civlit.com

Attorneys for Plaintiff
B&O Manufacturing, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| **B&O MANUFACTURING, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**HOME DEPOT U.S.A., INC.,**<br><br>Defendant. | Case No.: C 07-02864 JSW<br><br>**DECLARATION OF JERRY J. KRAUSE IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF GEORGIA AND TO DISMISS COUNTS TWO THROUGH FIVE OF PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Date: November 2, 2007<br>Time: 9:00 a.m.<br>Ctrm: 2, 17th Floor<br>Judge: Hon. Jeffrey S. White |

I, Jerry J. Krause, declare and state:

1. I reside in the city of San Carlos, California. I have personal knowledge of all facts set forth in this Declaration, and I am competent to so testify if called upon as a witness.

2. I am a partner at the certified public accounting firm of Ireland San Fillipo, LLP which has been the accounting firm for B&O Manufacturing, Inc., for the purpose of preparation of corporate tax returns for at least the last ten consecutive years. I have been the managing partner on this account for the same period of time.

1

Declaration of Jerry Krause in Support of Opposition to Defendant's Motion to Transfer Venue to the Northern District of Georgia and to Dismiss Counts Two Through Five of Plaintiff's Second Amended Complaint
Case No.: C 07-02864 JSW

3. The accounting records that were used in the preparation of the previously mentioned tax returns, and which constitute a substantial percentage of the records which would be used in the computation of sales, damages and related matters in this lawsuit are stored at the office of Ireland San Fillipo, LLP which is located in San Mateo, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 28, 2007.                    /s/ Jerry J. Krause

                                                            Jerry J. Krause

**RICE & BRONITSKY**
350 Cambridge Avenue, Suite 225
Palo Alto, CA 94306
650/289-9088