**Paul E. Rice/Bar No. 062509**
**RICE & BRONITSKY**
350 Cambridge Avenue, Suite 225
Palo Alto, CA 94306
Telephone: 650/289-9088
Facsimile: 650/289-9093
price@civlit.com

Attorneys for Plaintiff
B&O Manufacturing, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| **B&O MANUFACTURING, INC.**, <br><br> Plaintiff, <br> v. <br> **HOME DEPOT U.S.A., INC.**, <br><br> Defendant. | Case No.: C 07-02864 JSW <br><br> **EVIDENTIARY OBJECTIONS TO MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF GEORGIA AND TO DISMISS COUNTS TWO THROUGH FIVE OF PLAINTIFF'S SECOND AMENDED COMPLAINT** <br><br> Date: November 2, 2007 <br> Time: 9:00 a.m. <br> Ctrm: 2, 17th Floor <br> Judge: Hon. Jeffrey S. White |

Plaintiff B&O Manufacturing, Inc. hereby objects to Defendant's Memorandum of Ps and As in Support of Motion to Transfer Venue to the Northern District of Georgia and to Dismiss Counts Two Through Five of Plaintiff's Second Amended Complaint as follows:

| | **REFERENCE** | **OBJECTIONS** |
|---|---|---|
| 1. | General Objection. | None of Defendant's purported facts, as contained within its "**INTRODUCTION**" is |

1

Evidentiary Objections to the Memorandum of Points and Authorities in Support of Motion to Transfer Venue to the Northern District of Georgia and to Dismiss Counts Two Through Five of Plaintiff's Second Amended Complaint
Case No.: C 07-02864 JSW

**RICE & BRONITSKY**
350 Cambridge Avenue, Suite 225
Palo Alto, CA 94306
650/289-9088

| | | |
|---|---|---|
| | | in compliance with applicable Rules of Evidence.  Defendant, in its "**INTRODUCTION,**" fails to refer to any evidence whatsoever, let alone admissible evidence.  All evidence submitted to the Court in support of Defendant's Motion must be admissible. *Traveler's Casualty Ins. Co. of America v. TelStar Contrustion Company*, D. Ariz. 252 F. Supp. 917, 922 (2003); N.D.Cal. Local Rule 7-5(b).  Defendant makes many statements without any evidentiary support whatsoever.<br>\_\_\_\_\_ Sustained<br>\_\_\_\_\_ Overruled |
| 2. | Page 2:20-21, commencing with "The," and ending with "million." | Local Rule 7-5(a) and (b).  No evidentiary support.  See ¶ 1 (General Objection).<br>\_\_\_\_\_ Sustained<br>\_\_\_\_\_ Overruled |
| 3. | Page 2:21-22, commencing with "further." | Local Rule 7-5(a) and (b).  No evidentiary support. See ¶ 1 (General Objection).<br>\_\_\_\_\_ Sustained<br>\_\_\_\_\_ Overruled |
| 4. | Page 2:21-25, commencing with "Despite," and ending with "time." | Local Rule 7-5(a) and (b).  No evidentiary support.  See ¶ 1 (General Objection).<br>\_\_\_\_\_ Sustained<br>\_\_\_\_\_ Overruled |
| 5. | Page 3:3-4 commencing with the first | Local Rule 7-5(a) and (b).  No evidentiary |

Evidentiary Objections to the Memorandum of Points and Authorities in Support of Motion to Transfer Venue to the Northern District of Georgia and to Dismiss Counts Two Through Five of Plaintiff's Second Amended Complaint
Case No.:  C 07-02864 JSW

| | | |
|---|---|---|
| | "B&O." | support. See ¶ 1 (General Objection). <br> _____ Sustained <br> _____ Overruled |
| 6. | Page 3:8-9 commencing with the first "Home Depot," ending with "issue." | Local Rule 7-5(a) and (b). No evidentiary support. See ¶ 1 (General Objection). <br> _____ Sustained <br> _____ Overruled |
| 7. | Page 3:10-12, commencing with "B&O." | Local Rule 7-5(a) and (b). No evidentiary support. See ¶ 1 (General Objection). <br> _____ Sustained <br> _____ Overruled |
| 8. | Page 7:14-17, commencing with "Moreover." | Local Rule 7-5(a) and (b). No evidentiary support. Speculation. See ¶ 1 (General Objection). <br> _____ Sustained <br> _____ Overruled |
| 9. | Page 7, footnote 2. | Local Rule 7-5(a) and (b). No evidentiary support. Speculation. See ¶ 1 (General Objection). <br> _____ Sustained <br> _____ Overruled |

Dated: September 24, 2007            RICE & BRONITSKY


By:  /s/ Paul E. Rice

Paul E. Rice
Attorneys for Plaintiff
B&O MANUFACTURING, INC.

3

Evidentiary Objections to the Memorandum of Points and Authorities in Support of Motion to Transfer Venue to the Northern District of Georgia and to Dismiss Counts Two Through Five of Plaintiff's Second Amended Complaint
Case No.:  C 07-02864 JSW

RICE & BRONITSKY
350 Cambridge Avenue, Suite 225
Palo Alto, CA  94306
650/289-9088