**Paul E. Rice/Bar No. 062509**
**RICE & BRONITSKY**
350 Cambridge Avenue, Suite 225
Palo Alto, CA 94306
Telephone:    650/289-9088
Facsimile:    650/289-9093
price@civlit.com

Attorneys for Plaintiff
B&O Manufacturing, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| **B&O MANUFACTURING, INC.**, <br><br>  Plaintiff, <br> v. <br><br> **HOME DEPOT U.S.A., INC.**, <br><br>  Defendant. | Case No.:  C 07-02864 JSW <br><br> **[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF GEORGIA AND TO DISMISS COUNTS TWO THROUGH FIVE OF PLAINTIFF'S SECOND AMENDED COMPLAINT** <br><br> Date:  November 2, 2007 <br> Time:  9:00 a.m. <br> Ctrm:  2, 17th Floor <br> Judge:  Hon. Jeffrey S. White |

Defendant's Motion to Transfer Venue to the Northern District of Georgia and to Dismiss Counts Two Through Five of Plaintiff's Second Amended Complaint came on regularly for hearing on November 2, 2007. Christopher T. Giovinazzo, of Bondurant, Mixson & Elmore LLP, and _____, of Sedgwick, Detert, Moran & Arnold LLP appeared for Defendant Home Depot U.S.A., Inc.  Paul E. Rice, of Rice & Bronitsky, appeared for Plaintiff B&O Manufacturing, Inc.

The Court, having considered Defendant's Motion and supporting papers, and Plaintiff's Opposition and supporting papers, and GOOD CAUSE HAVING BEEN SHOWN THEREFORE,

1

[Proposed] Order Denying Defendant's Motion to Transfer Venue to the Northern District of Georgia and to Dismiss Counts Two Through Five of Plaintiff's Second Amended Complaint
Case No.:  C 07-02864 JSW

1  Defendant's Motion is HEREBY DENIED.

3  IT IS SO ORDERED.

6  Dated: _____, 2007   _____
                                                  The Honorable Jeffrey S. White
                                                  United States District Judge

**RICE & BRONITSKY**
350 Cambridge Avenue, Suite 225
Palo Alto, CA  94306
650/289-9088

2

[Proposed] Order Denying Defendant's Motion to Transfer Venue to the Northern District of Georgia and to Dismiss Counts Two Through Five of Plaintiff's Second Amended Complaint
Case No.:  C 07-02864 JSW