**Paul E. Rice/Bar No. 062509**
**RICE & BRONITSKY**
350 Cambridge Avenue, Suite 225
Palo Alto, CA 94306
Telephone: 650/289-9088
Facsimile: 650/289-9093
price@civlit.com

Attorneys for Plaintiff
B&O Manufacturing, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| **B&O MANUFACTURING, INC.**, <br><br> Plaintiff, <br> v. <br><br> **HOME DEPOT U.S.A., INC.**, <br><br> Defendant. | Case No.: C 07-02864 JSW <br><br> **NOTICE OF ERRATA RE: MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF GEORGIA AND TO DISMISS COUNTS TWO THROUGH FIVE OF PLAINTIFF'S SECOND AMENDED COMPLAINT** <br><br> Date: November 2, 2007 <br> Time: 9:00 a.m. <br> Ctrm: 2, 17th Floor <br> Judge: Hon. Jeffrey S. White |

In its Memorandum of Points and Authorities in Opposition to Motion to Transfer Venue to the Northern District of Georgia and to Dismiss Counts Two through Five of Plaintiff's Second Amended Complaint, Plaintiff makes the following corrections:

1. Page 2:6 should read "Declaration, ¶ 4)."

2. Page 5:13 should read "While Home Depot claims an alleged 'concession'".

3. Page 6:12-13 should read "B&O alleges that Home Depot used its non-lawyers as a conduit or messenger for its Legal Department."

1

Notice of Errata re: Memorandum of Points and Authorities in Opposition to Motion to Transfer Venue to the Northern District of Georgia and to Dismiss Counts Two Through Five of Plaintiff's Second Amended Complaint
Case No.: C 07-02864 JSW

1  4. Page 8:16 should read "a contract drafted through counsel."

2  5. Page 10:5 should be part of line 4.

3  6. Page 12:12, the second closing parentheses and period should be omitted.

Dated: October 2, 2007                               RICE & BRONITSKY

                                                     By: /s/ Paul E. Rice

                                                     Paul E. Rice
                                                     Attorneys for Plaintiff
                                                     B&O MANUFACTURING, INC.

**RICE & BRONITSKY**
350 Cambridge Avenue, Suite 225
Palo Alto, CA 94306
650/289-9088

Notice of Errata re: Memorandum of Points and Authorities in Opposition to Motion to Transfer Venue to the Northern District of Georgia and to Dismiss Counts Two Through Five of Plaintiff's Second Amended Complaint
Case No.: C 07-02864 JSW