# EXHIBIT C

Exhibit C-1

## Christopher T. Giovinazzo

| | |
|---|---|
| **From:** | Paul Rice [price@civlit.com] |
| **Sent:** | Monday, September 10, 2007 1:33 PM |
| **To:** | Christopher T. Giovinazzo |
| **Cc:** | 'Rye Brumfiel, Amber'; 'Michael Calleja' |
| **Subject:** | B & O/Home Depot |

Hi Chris:

In working on my Opposition to you Motion, I reviewed section VI. As you know, I disagree with your position that my request for mediation was premature, due to the 60 day provision, given, among other things, B & O's position that mediation should have been conducted to address the issue of whether H.D. had a right to give notice prior to fulfillment of the 75% commitment provision of A-1.

In any case, notice was given by H.D. on July 25, 2007. B & O again requests that H.D. mediate the dispute between the parties relating to Exhibit 3, prior to the hearing on your Motion. If your client is willing to do so, please contact me promptly to schedule a date for such, to be held either before I leave, or after my return.

Regards,

Paul E. Rice
Rice & Bronitsky
350 Cambridge Avenue, Suite 225
Palo Alto, CA 94306
(650)289-9088
(650)289-9093 Fax
price@civlit.com

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.