SEDGWICK, DETERT, MORAN & ARNOLD LLP
STEVEN ROLAND  (Bar No. 108097)
AMBER RYE BRUMFIEL  (Bar No. 215181)
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

BONDURANT, MIXSON & ELMORE, LLP
RONAN P. DOHERTY (*Pro Hac Vice*)
CHRISTOPHER T. GIOVINAZZO (*Pro Hac Vice*)
1201 West Peachtree Street NW, Suite 3900
Atlanta, Georgia  30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| B&O MANUFACTURING, INC.,<br><br>             Plaintiff,<br><br>       v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>             Defendant. | CASE NO. C07 02864 JSW<br><br>**DEFENDANT'S CERTIFICATE OF INTERESTED ENTITIES** |

**DEFENDANT'S CERTIFICATE OF INTERESTED ENTITIES**

Pursuant to Local Rule 3-16, the undersigned counsel for Defendant Home Depot U.S.A., Inc. certifies that the following listed entities, persons, associations of persons, firms, partnerships, corporations (including parent corporations), and other entities: (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

-1-

      a.    The Home Depot, Inc.;

      b.    Home Depot International, Inc.;

      c.    Home Depot U.S.A., Inc.

Defendant Home Depot U.S.A., Inc., is a wholly owned subsidiary of Home Depot International, Inc., which in turn is a wholly owned subsidiary of The Home Depot, Inc. The Home Depot, Inc. is the only publicly traded company related to the defendant that has a financial or other interest in the outcome of this action; shares of The Home Depot, Inc. are traded on the New York Stock Exchange.

The undersigned further certifies that the following is a full and complete list of all entities and persons serving as attorneys for Defendant in this proceeding:

Attorneys for Defendant Home Depot U.S.A., Inc.:

<u>Bondurant, Mixson & Elmore, LLP</u>:

Ronan P. Doherty, Christopher T. Giovinazzo

<u>Sedgwick, Detert, Moran & Arnold, LLP</u>:

Steven Roland, Amber Rye Brumfiel

DATED: October 24, 2007    BONDURANT, MIXSON & ELMORE, LLP

By: <u>/s/Christopher T. Giovinazzo</u>
    Christopher T. Giovinazzo
    Ronan P. Doherty
    Attorneys for Defendant
    HOME DEPOT U.S.A., INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2007 I have electronically filed the within and foregoing **DEFENDANT'S CERTIFICATE OF INTERESTED ENTITIES** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record, and by U.S. mail, postage prepaid thereon, addressed as follows:

> Paul E. Rice, Esq.
> Rice & Bronitsky
> 350 Cambridge Avenue, Suite 225
> Palo Alto, California  94306

/s/Christopher T. Giovinazzo
Christopher T. Giovinazzo