# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**  **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: November 2, 2007  **Court Reporter**: Kathy Wyatt

**CASE NO.: C-07-2864 JSW**

**TITLE:** B & O Manufacturing, Inc., v. The Home Depot, Inc.,

**COUNSEL FOR PLAINTIFF:**  **COUNSEL FOR DEFENDANT:**

Paul Rice  Ronan Doherty

**PROCEEDINGS: Initial Case Management Conference**

**RESULTS:**  The Court STAYED this litigation pending completed of private mediation to be completed by 1-18-08.

Further CMC: 2-22-08 at 1:30 p.m.
Joint CMC statement due: 2-15-08