UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** February 22, 2008                                         **JUDGE:** Jeffrey S. White

**Case No:** C-07-2864 JSW

**Case Name:** B&O Manufacturing, Inc. v. Home Depot U.S.A., Inc.

**Attorney(s) for Plaintiff:** Paul Rice

**Attorney(s) for Defendant:** Amber Brumfiel and Ronan Doherty

**Deputy Clerk:** Frank Justiliano          **Court Reporter:** Kathy Wyatt

**PROCEEDINGS:** Case Management Conference

Initial Case Management Conference - HELD.

**The Court directs the parties to discuss with their clients and report back to the Court, in the form of a joint pleading, stating if the parties will or will not consent to assignment of a Magistrate Judge to this case by 2/29/08.**

**Continued to: 12/5/08 @ 9:30 A.M. for Further CMC following hearing on dispositive motions.**

**PRETRIAL SCHEDULE:**

**Stipulation or motion to dismiss re amended complaint due: 3/28/08.**
**Deadline for serving initial disclosures:   5/1/08.**
**Deadline for serving interrogatories, document request, & requests for admissions: 6/6/08.**
**Deadline for responding to interrogatories, document request, requests for admission, designation of     experts, noticing & taking of depositions: 7/14/08.**
**Deadline for expert reports: 8/1/08**
**Deadline for noticing depositions: 9/12/08**
**Discovery cut-off: 9/26/08.**
**Hearing on dispositive motions: 12/5/08 @ 9:30 a.m.**

**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**cc: chambers**