SEDGWICK, DETERT, MORAN & ARNOLD LLP
STEVEN ROLAND (Bar No. 108097)
AMBER RYE BRUMFIEL (Bar No. 215181)
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

BONDURANT, MIXSON & ELMORE, LLP
RONAN P. DOHERTY (*Pro Hac Vice*)
CHRISTOPHER T. GIOVINAZZO (*Pro Hac Vice*)
3900 One Atlantic Center
1201 West Peachtree Street NW, Suite 3900
Atlanta, Georgia 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| B&O MANUFACTURING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>Defendant. | CASE NO. C07 02864 JSW<br><br>**JOINT STIPULATION STATING THAT THE PARTIES ELECT NOT TO REFER CASE TO A MAGISTRATE JUDGE** |

156389

1

BONDURANT, MIXSON
& ELMORE, LLP
3900 ONE ATLANTIC CENTER
1201 W. PEACHTREE ST., NW
ATLANTA, GA 30309
TELEPHONE (404) 881-4100

1  WHEREAS, the Court held a case management conference in this matter on
2  February 22, 2008; and
3  WHEREAS, the Court instructed the parties to confer and consider referring the
4  case to a Magistrate Judge; and
5  WHEREAS, the parties have so conferred, but do not mutual agree to refer the
6  case to a Magistrate Judge;
7  NOW THEREFORE,
8  The parties stipulate that the case shall not be referred to a Magistrate Judge.

**IT IS SO AGREED AND STIPULATED.**

DATED: Feb 28, 2008

BONDURANT, MIXSON & ELMORE, LLP

By: _____
Christopher T. Giovinazzo
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

DATED: 2/28/08

RICE & BRONITSKY

By: _____
Paul E. Rice
Attorneys for Plaintiff
B&O MANUFACTURING, INC.

156389

2

BONDURANT, MIXSON
& ELMORE, LLP
3900 ONE ATLANTIC CENTER
1201 W. PEACHTREE ST., NW
ATLANTA, GA 30309
TELEPHONE (404) 881-4100