SEDGWICK, DETERT, MORAN & ARNOLD LLP
STEVEN D. ROLAND (Bar No. 108097)
AMBER RYE BRUMFIEL (Bar No. 215181)
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

BONDURANT, MIXSON & ELMORE, LLP
RONAN P. DOHERTY (*Pro Hac Vice*)
CHRISTOPHER T. GIOVINAZZO (*Pro Hac Vice*)
3900 One Atlantic Center
1201 West Peachtree Street NW, Suite 3900
Atlanta, Georgia 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| B&O MANUFACTURING, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>　　　　Defendant. | CASE NO. C07 02864 JSW<br><br>**(Proposed)**<br>**ORDER ON DEFENDANT HOME DEPOT U.S.A., INC.'S MOTION TO DISMISS COUNTS I AND III OF PLAINTIFF'S THIRD AMENDED COMPLAINT** |

Defendant Home Depot U.S.A., Inc. having timely moved to dismiss Counts I and III of Plaintiff B&O Manufacturing, Inc.'s Third Amended Complaint, and this Court finding that such dismissal is warranted as a matter of law,

---

1

ORDER ON DEFENDANT HOME DEPOT U.S.A., INC.'S MOTION TO DISMISS COUNTS I AND III OF PLAINTIFF'S THIRD AMENDED COMPLAINT

IT IS HEREBY ORDERED THAT Defendant Home Depot U.S.A., Inc.'s Motion to Dismiss Counts I and III is GRANTED, and Counts I and III of the Third Amended Complaint are DISMISSED WITH PREJUDICE.

Dated: _____

_____
The Honorable Jeffrey S. White