# COUNTERCLAIMS EXHIBIT 2

January 31, 2006

Mr. David Curley
Procurement Manager
The Home Depot
Atlanta, GA

Re:   Open Balance Refund Agreement

Dave:

This agreement confirms the arrangement between The Home Depot (THD) and B&O Manufacturing, Inc. (B&O) in regards to the refund of $1,780,838.76 as represented by the THD ▮▮▮▮▮ payment of $1,062,000 for THD purchase order # 9000522338 and the open balance of $727,838.76 from THD purchase order # 9001007483.

Payments to THD will be based on THD's fiscal year, made on a quarterly basis and mailed to THD within twenty (20) days from the quarter close. The schedule below lists the THD quarter end and expected payment date from B&O.

|  |  |
|---|---|
| April 30, 2006 | May 20, 2006 |
| July 31, 2006 | August 20, 2006 |
| October 31, 2006 | November 20, 2006 |
| January 31, 2007 | February 20, 2007 |

The payment amount will be based on fifty percent (50%) of the payments received by B&O from THD for the representative quarter. An accounting of these payments as well as a copy of the remittance advices from THD will be included with the payment on a quarterly basis. (This will also be emailed to you in Excel format for your records).

By executing below THD & B&O agree to the above agreement and the quarterly refund payment schedule as detailed above.

B&O Manufacturing, Inc.
Michael J. Calleja
President

1/31/06
Date

The Home Depot U.S.A., Inc.
David J. Curley   Thomas Single
VP - Procurement Manager

2-1-06
Date

APPROVED LEGAL

B&O Mfg, Inc., 247 East Harris Ave., So. San Francisco, CA 94080, PH 1-650-873-8795, Fax 1-415-822-4524