IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B&O MANUFACTURING, INC., | |
| Plaintiff, | No. C 07-02864 JSW |
| v. | |
| HOME DEPOT U.S.A., INC., | **ORDER (1) ADVANCING HEARING DATE AND (2) SETTING BRIEFING SCHEDULE RE MOTION TO DISMISS THE THIRD AMENDED COMPLAINT** |
| Defendant. | |

The Court HEREBY ADVANCES the hearing on the motion to dismiss filed by defendant Home Depot U.S.A., Inc ("Home Depot") to June 20, 2008 at 9:00 a.m. The Court FURTHER ORDERS that Plaintiff's opposition to this motion shall be due by April 28, 2008 and Home Depot's reply, if any, shall be due by May 5, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: April 14, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE