# RICE & BRONITSKY
ATTORNEYS AT LAW

350 CAMBRIDGE AVE., SUITE 225
PALO ALTO, CA 94306
TELEPHONE: (650) 289-9088
FACSIMILE: (650) 289-9093
E-MAIL: price@civlit.com

April 23, 2008

<u>Via UPS 2-Day</u>
Honorable Jeffrey S. White
U.S. District Court
450 Golden Gate Ave.
Courtroom 2, 17th Floor
San Francisco, CA 94102

Re:   B&O Manufacturing, Inc. v. Home Depot U.S.A., Inc.
      Case No. C07-02864 JWS

Dear Judge White:

In the Court's Order of April 14, 2008, in the above-referenced case, it advanced the hearing date on Defendant's Motion to Dismiss to June 20, 2008. I am scheduled to try a case in Santa Clara Superior Court, case number 1-07-CV082907. The trial is set to begin on June 16, and is expected to last a week. I therefore respectfully request that the Court move the date of the hearing on Defendant's Motion to Dismiss to the following Friday, June 27, 2008.

Very truly yours,

Paul E. Rice
PER/kjw
cc: Ronan Doherty, Esq.