**Paul E. Rice/Bar No. 062509**
**RICE & BRONITSKY**
350 Cambridge Avenue, Suite 225
Palo Alto, CA 94306
Telephone: 650/289-9088
Facsimile: 650/289-9093
price@civlit.com

Attorneys for Plaintiff
B&O Manufacturing, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| **B&O MANUFACTURING, INC.**, <br><br>　　　　Plaintiff, <br>　v. <br><br>**HOME DEPOT U.S.A., INC.**, <br><br>　　　　Defendant. | Case No.: C 07-02864 JSW <br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON DEFENDANT'S MOTION TO DISMISS THIRD AMENDED COMPLAINT** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff, through its attorneys of record, and Defendant, through its attorneys of record, as follows:

　　　　1.　　As counsel for Plaintiff is scheduled for trial in Santa Clara Superior Court, action number 1-07-CV-082907, beginning June 16, 2008, Plaintiff's counsel is unavailable to attend the hearing currently set for June 20, 2008.

　　　　2.　　The parties request that the Court continue the hearing date to July 18, 2008, at 9:00 a.m., a date suggested by the Court clerk.

//
//
//
//
//

1

Stipulation And [Proposed] Order Continuing Hearing Date On Defendant's Motion To Dismiss Third Amended Complaint
Case No. C 07-02864 JSW

| | | |
|---|---|---|
| Dated: April 24, 2008 | | RICE & BRONITSKY |
| | By: | /s/ Paul E. Rice |
| | | Paul E. Rice<br>Attorneys for Plaintiff<br>B&O MANUFACTURING, INC. |
| Dated: April 24, 2008 | | BONDURANT, MIXSON & ELMORE, LLP |
| | By: | /s/ Ronan P. Doherty |
| | | Ronan P. Doherty<br>Christopher T. Giovinazzo<br>Attorneys for Defendant<br>Home Depot U.S.A., Inc. |

IT IS SO ORDERED.

Date: _____

_____
Jeffrey S. White
United State District Judge

RICE & BRONITSKY
350 Cambridge Avenue, Suite 225
Palo Alto, CA 94306
650/289-9088

Stipulation And [Proposed] Order Continuing Hearing Date On Defendant's Motion To Dismiss Third Amended Complaint
Case No. C 07-02864 JSW

2