1  **Paul E. Rice/Bar No. 062509**
   **RICE & BRONITSKY**
2  350 Cambridge Avenue, Suite 225
   Palo Alto, CA 94306
3  Telephone:   650/289-9088
   Facsimile:   650/289-9093
4  price@civlit.com

5  Attorneys for Plaintiff
   B&O Manufacturing, Inc.
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                   **SAN FRANCISCO/OAKLAND DIVISION**

11

12 | **B&O MANUFACTURING, INC.,** | Case No.: C 07-02864 JSW |
13 | Plaintiff, | **STIPULATION AND [PROPOSED]** |
14 | v. | **ORDER CONTINUING HEARING DATE ON DEFENDANT'S MOTION TO** |
15 | **HOME DEPOT U.S.A., INC.,** | **DISMISS THIRD AMENDED COMPLAINT** |
16 | Defendant. |

17         IT IS HEREBY STIPULATED by and between Plaintiff, through its attorneys of record, and
18 Defendant, through its attorneys of record, as follows:
19         1.      As counsel for Plaintiff is scheduled for trial in Santa Clara Superior Court, action
20 number 1-07-CV-082907, beginning June 16, 2008, Plaintiff's counsel is unavailable to attend the
21 hearing currently set for June 20, 2008.
22         2.      The parties request that the Court continue the hearing date to July 18, 2008, at 9:00
23 a.m., a date suggested by the Court clerk.
24 //
25 //
26 //
27 //
28 //

Stipulation And [Proposed] Order Continuing Hearing Date On Defendant's Motion To Dismiss Third Amended Complaint
Case No. C 07-02864 JSW

RICE & BRONITSKY
350 Cambridge Avenue, Suite 225
Palo Alto, CA 94306
650/289-9088

| | | |
|---|---|---|
| Dated: April 24, 2008 | | RICE & BRONITSKY |
| | By: | /s/ Paul E. Rice |
| | | Paul E. Rice |
| | | Attorneys for Plaintiff |
| | | B&O MANUFACTURING, INC. |
| Dated: April 24, 2008 | | BONDURANT, MIXSON & ELMORE, LLP |
| | By: | /s/ Ronan P. Doherty |
| | | Ronan P. Doherty |
| | | Christopher T. Giovinazzo |
| | | Attorneys for Defendant |
| | | Home Depot U.S.A., Inc. |

This Order does not alter the briefing schedule previously set by the Court.

IT IS SO ORDERED.

Date: April 25, 2008

Jeffrey S. White
United State District Judge

---

Stipulation And [Proposed] Order Continuing Hearing Date On Defendant's Motion To Dismiss Third Amended Complaint
Case No. C 07-02864 JSW

2