1  **Paul E. Rice/Bar No. 062509**
   **RICE & BRONITSKY**
2  350 Cambridge Avenue, Suite 225
   Palo Alto, CA  94306
3  Telephone:     650/289-9088
   Facsimile:     650/289-9093
4  price@civlit.com

5  Attorneys for Plaintiff
   B&O Manufacturing, Inc.
6

7

8  # UNITED STATES DISTRICT COURT

9  # NORTHERN DISTRICT OF CALIFORNIA

10 # SAN FRANCISCO/OAKLAND DIVISION

11

12 **B&O MANUFACTURING, INC.**,        Case No.:  C 07-02864 JSW

13         Plaintiff,
        v.                              **NOTICE OF BANKRUPTCY FILING**
14
   **HOME DEPOT U.S.A., INC.**,
15
           Defendant.
16

17     Please note that on July 23, 2008, B&O Manufacturing, Inc., Plaintiff in this action, filed a

18 petition for bankruptcy, under Chapter 7 of the United States Bankruptcy Code.

19     A copy of the United States Bankruptcy Court Notice of Filing is attached hereto as Exhibit 1.

20

21 Dated: July 29, 2008                                  RICE & BRONITSKY

22

23                                           By:    /s/ Paul E. Rice

24                                                  Paul E. Rice
                                                    Attorneys for Plaintiff
25                                                  B&O MANUFACTURING, INC.

26

27

28

1

Notice of Bankruptcy Filing
Case No. C 07-02864 JSW

# EXHIBIT 1

United States Bankruptcy Court
Northern District of California



### Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 07/23/2008 at 2:23 PM and filed on 07/23/2008.

**B & O Manufacturing, Inc., a California corporation**
245 East Harris Avenue
South San Francisco, CA 94080
Tax id: 94-3173539

| The case was filed by the debtor's attorney: | The bankruptcy trustee is: |
|---|---|
| **Edward Tredinnick**<br>Greene, Radovsky, Maloney and Share<br>4 Embarcadero Center #4000<br>San Francisco, CA 94111<br>(415) 981-1400 | **Janina M. Elder**<br>P.O. Box 158<br>Middletown, CA 95461<br>(707) 569-9508 |

The case was assigned case number 08-31340 to Judge Dennis Montali.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.canb.uscourts.gov/ or at the Clerk's Office, 235 Pine Street, 19th floor, Post Office Box 7341, San Francisco, CA 94120.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Gloria L. Franklin
Clerk, U.S. Bankruptcy Court

---

| PACER Service Center |
|---|