IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

B&O MANUFACTURING, INC.,

    Plaintiff,

No. C 07-02864 JSW

v.

HOME DEPOT U.S.A., INC.,

    Defendant.

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The Court rejects the request from Plaintiff' trustee to continue the case management conference for three months in order to determine whether or not the trustee desires to prosecute this case. The Court HEREBY CONTINUES the case management conference scheduled for October 31, 2008 to November 14, 2008 at 1:30 p.m. Plaintiff's trustee is directed to file a case management statement by no later than November 7, 2008 demonstrating good cause why this case should not be dismissed for failure to prosecute.

    **IT IS SO ORDERED.**

Dated: October 29, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE