SEDGWICK, DETERT, MORAN & ARNOLD LLP
STEVEN ROLAND (Bar No. 108097)
AMBER RYE BRUMFIEL (Bar No. 215181)
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

BONDURANT, MIXSON & ELMORE, LLP
RONAN P. DOHERTY (*Pro Hac Vice*)
CHRISTOPHER T. GIOVINAZZO (*Pro Hac Vic*)
1201 West Peachtree Street NW, Suite 3900
Atlanta, Georgia 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

Attorneys for Defendant and Counter-claimant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| B&O MANUFACTURING, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE HOME DEPOT U.S.A., INC., <br><br> Defendant. <br> AND RELATED COUNTERCLAIM | CASE NO. C07 02864 JSW <br><br> **STIPULATION AND ORDER OF DISMISSAL OF ACTION WITH PREJUDICE** <br><br> [FRCP 41(A)(1)] |

IT IS HEREBY STIPULATED, by and between the parties-in-interest to this Action and Counterclaims, by and through their respective counsel, that the Action herein, consisting only of the Complaint filed by plaintiff and counter-defendant B&O Manufacturing, Inc. ("B&O") against defendant and counter-claimant Home Depot U.S.A., Inc. ("Home Depot") and excluding the Counterclaims filed by Home Depot against B&O, be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear its own attorneys' fees and costs. The Counterclaims remain pending and are stayed by operation of the

-1-
STIPULATION AND ORDER OF DISMISSAL OF ACTION WITH PREJUDICE

1  Bankruptcy Code pending further proceedings in U.S. Bankruptcy Court in relation to B&O's
2  July 23, 2008 Chapter 7 filing.
3       IT IS SO AGREED AND STIPULATED.
4  DATED: November 13, 2008    SEDGWICK, DETERT, MORAN & ARNOLD LLP

6  By: _____
7     Amber Rye Brumfiel
      Attorneys for Defendant and Counter-claimant
      HOME DEPOT U.S.A., INC.

9  DATED: November 3, 2008    LAW OFFICES OF MICHAEL C. FALLON

11  By: _____
       Michael C. Fallon
       Attorneys for Janina M. Elder, Chapter 7 Trustee for
12     B&O MANUFACTURING, INC., Plaintiff and Counter-
       defendant

14    Pursuant to stipulation of the parties, and Rule 41(a)(1) of the Federal Rules of
15  Civil Procedure, IT IS HEREBY ORDERED that the Action herein, consisting only of the
16  Complaint filed by B&O against Home Depot and excluding the Counterclaims filed by Home
17  Depot against B&O be, and hereby is, DISMISSED WITH PREJUDICE, each party to bear its
18  own attorneys' fees and costs. The Counterclaims remain pending and are stayed by operation of
19  the Bankruptcy Code pending further proceedings in U.S. Bankruptcy Court in relation to B&O's
20  July 23, 2008 Chapter 7 filing.
21  Dated: November 14, 2008      _____
                   The Honorable Jeffrey S. White

-2-
STIPULATION AND ORDER OF DISMISSAL OF ACTION WITH PREJUDICE