IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

B&O MANUFACTURING, INC.,

    Plaintiff,

    v.

HOME DEPOT U.S.A., INC.,

    Defendant.

No. C 07-02864 JSW

**ORDER ADMINISTRATIVELY CLOSING CASE**

On July 23, 2008, Plaintiff filed a petition for Chapter 7 bankruptcy. By virtue of the automatic stay, the Clerk of the Court is directed administratively to close the case for statistical purposes. The parties shall notify the Court within **ten (10) days** of the lifting of the bankruptcy stay, and this matter shall thereafter be reopened.

**IT IS SO ORDERED.**

Dated: November 14, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE