IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

B&O MANUFACTURING, INC.,

    Plaintiff,

No. C 07-02864 JSW

v.

HOME DEPOT U.S.A., INC.,

**ORDER REQUIRING STATUS REPORT**

    Defendant.

                                   /

        On November 14, 2008, pursuant to the Notice of Bankruptcy and Automatic Stay, the Court administratively closed this case. The parties were directed to notify the Court within ten days of the lifting of the stay. However, in the five and a half years since this case has been stayed, no party has informed the Court as to whether the stay has been lifted. The Court HEREBY ORDERS Plaintiff to file a status report by no later than April 10, 2014 to advise the Court as to the status of the bankruptcy proceedings.

        **IT IS SO ORDERED.**

Dated: April 3, 2014

                                                  JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE