IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

B&O MANUFACTURING, INC.,

    Plaintiff,

v.

HOME DEPOT U.S.A., INC.,

    Defendant.

No. C 07-02864 JSW

**ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**

    The Court is in receipt of the letter submitted by Paul E. Rice, counsel for Plaintiff B&O Manufacturing, Inc. Counsel is admonished that the Court does not accept letters. All further communications with the Court shall be on pleading paper.

    The Court HEREBY CONTINUES the further case management conference to August 15, 2014. In light of the representations by Mr. Rice regarding the indications that Plaintiff does not intend to proceed with this case, as well as Plaintiff's current inability to litigate due to its suspension, the parties should file a stipulation of dismissal. If the parties do not file a stipulation of dismissal, and Mr. Rice believes he can no longer represent Plaintiff, Mr. Rice should file a motion to withdraw. If the parties do not file a stipulation of dismissal and/or if Mr. Rice does not file a motion to withdraw and notice it to be heard in advance of the further

///

///

///

case management conference, the Court will expect Mr. Rice to appear at the further case management conference on Plaintiff's behalf.

**IT IS SO ORDERED.**

Dated: May 30, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE