IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B&O MANUFACTURING, INC., | |
| Plaintiff, | No. C 07-02864 JSW |
| v. | |
| HOME DEPOT U.S.A., INC., | **ORDER VACATING HEARING DATE ON MOTION TO DISMISS** |
| Defendant. | |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss filed by defendant Home Depot U.S.A., Inc ("Home Depot") which has been noticed for hearing on Friday, August 1, 2014 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date on the motion to dismiss is hereby VACATED. The motion to dismiss will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: July 25, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE